**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2098**

DEBRA D. FARMER,

            Plaintiff – Appellant,

      v.

NAVY FEDERAL CREDIT UNION,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge. (1:11-cv-00691-LMB-IDD)

Submitted:  March 25, 2013            Decided:  April 9, 2013

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Debra D. Farmer, Appellant Pro Se.   Edward Lee Isler, ISLER, DARE, RAY, RADCLIFF & CONNOLLY, PC, Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra D. Farmer appeals the district court's order awarding attorney's fees and costs to Defendant, the prevailing party in this action filed pursuant to Title VII of the Civil Rights Acts of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Farmer v. Navy Federal Credit Union, No. 1:11-cv-00691-LMB-IDD (E.D. Va. Aug. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED